UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| DEBRA PARRIS, | ) | |
| | ) | |
| Plaintiff, | ) | 2:13-cv-01410-JCM-NJK |
| | ) | |
| vs. | ) | |
| | ) | |
| SOCIAL SECURITY ADMINISTRATION, | ) | <u>RECUSAL ORDER</u> |
| | ) | |
| Defendant. | ) | |

With good cause appearing, the Honorable Magistrate Judge Nancy J. Koppe recuses herself in this action. IT IS ORDERED that this action is referred to the Clerk for random reassignment of this case for all further proceedings.

DATED: August 8, 2013.

_____
NANCY J. KOPPE
United States Magistrate Judge