# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| DEBRA PARRIS, | |
| Plaintiff, | 2:13-cv-01410-JCM-VCF |
| vs. | **MINUTE ORDER** |
| SOCIAL SECURITY ADMINISTRATION, | |
| Defendant. | |

Before the Court is Debra Parris v. Social Security Administration, case no. 2:13-cv-01410-JCM-VCF.

On August 7, 2013, Plaintiff Debra Parris filed a Motion/Application to for Leave to Proceed in *Forma Pauperis* (#1). On September 4, 2013, the Court granted Plaintiff's Application to Proceed in *Forma Pauperis* and dismissed the Complaint without prejudice. (#9). Plaintiff, if she chooses to do so, must file an amended complaint not later than 30 days or the case may be dismissed with prejudice. *Id.*

Accordingly,

IT IS HEREBY ORDERED that Plaintiff's Motion for Temporary Restraining Order (#2) and Motion for Preliminary Injunction (#3) are DENIED with prejudice.

DATED this 5th day of September, 2013.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE